**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6839**

ROBERT DALE SMART, a/k/a Robert Smart, a/k/a Robert D. Smart,

Petitioner – Appellant,

v.

CECILIA REYNOLDS, Warden Kershaw Correctional Institution,

Respondent – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:08-cv-03918-GRA-BHH)

Submitted:  September 29, 2009      Decided:  October 7, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Dale Smart, Appellant Pro Se.  Donald John Zelenka, Deputy Assistant Attorney General, Alphonso Simon, Jr., SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Dale Smart seeks to appeal the district court's order affirming the magistrate judge's order denying Smart's motion to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Smart seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Smart's motions for default judgment and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED